UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>**Jane Doe**</u>

    v.                              Case No. 23-cv-337-SE

<u>**Franklin Pierce University**</u>

## Mediation Report

The parties successfully resolved the case following a mediation session held on January 19, 2024. An appropriate agreement for entry of judgment or stipulation of dismissal shall be filed within thirty (30) days. LR 41.1.

SO ORDERED.

                                                      _____
                                                      Andrea K. Johnstone
                                                      United States Magistrate Judge

January 22, 2024

cc: Counsel of Record