UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JANE DOE

    Plaintiff

v.                                    Case No. 1:23-cv-00337-SE

FRANKLIN PIERCE UNIVERSITY

    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **STIPULATION OF DISMISSAL**

NOW COMES the Parties, by and through their attorneys, and stipulate dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

|  |  |
|---|---|
| Dated: February 14, 2024 | Respectfully Submitted,<br><br>JANE DOE<br>By her attorneys,<br>Backus, Meyer & Branch, LLP<br><br>By: /s/ Megan Douglass<br>Megan Douglass, Esquire, NH Bar # 19501<br>116 Lowell Street, PO Box 516<br>Manchester, NH  03105-0516<br>(603) 668-7272<br>mdouglass@backusmeyer.com |
| Dated: February 14, 2024 | FRANKLIN PIERCE UNIVERSITY |

1

        By its attorneys,
        Bernstein Shur, P.A.

By: /s/ Matthew J. Miller
Matthew J. Miller, Esq. NH Bar # 271594

By: /s/ William J. Wahrer
William J. Wahrer, Esq.

670 N. Commercial Street, Suite 108,
P.O. Box 1120
Manchester, NH 03105-1120
(603) 623-8700
mmiller@bernsteinshur.com
wwahrer@bernsteinshur.com

## CERTIFICATION

    A copy of the foregoing was sent this date via email the Court's electronic filing system to all counsel of record.

Dated:  February 14, 2024        /s/ Megan Douglass
        Megan Douglass, Esquire